**CRANBERRY PARK ASSOCIATES, a Limited Partnership by Rocco VIOLA, Jr.**

v.

**CRANBERRY TOWNSHIP ZONING HEARING BOARD CRANBERRY PARK ASSOCIATES, a Limited Partnership by Rocco Viola, Jr.**

v.

**Cranberry Township Board of Supervisors,**

v.

**Cranberry Township Board of Supervisors,**

v.

**Zoning Hearing Board of Cranberry Township.**

**Petition of Cranberry Park Associates, a Limited Partnership by Rocco Viola, Jr.**

Supreme Court of Pennsylvania.

May 20, 1999.

Richard L. Rosenzweig, Pittsburgh, for petitioner.

***ORDER***

PER CURIAM.

AND NOW, this 20th day of May 1999, the Petition for Allowance of Appeal is

granted limited to the issue of the timeliness of the challenge to the grading ordinance.